James D. Curran, Esq.  (SBN 126586)
jcurran@wolkincurran.com
Shashauna Szczechowicz, Esq.  (SBN 249102)
sszczechowicz@wolkincurran.com
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
THE GRAY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| THE GRAY INSURANCE COMPANY, a Louisiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>LECTRFY, INC., a California corporation; ROBERT C. ARMIJO, an individual; THE ROBERT C. ARMIJO LIVING TRUST, a California trust; and ROBERT C. ARMIJO, as Trustee for The Robert C. Armijo Living Trust,<br><br>Defendants. | Case No. 8:13-cv-01411-DOC-AN<br><br>**JUDGMENT AGAINST DEFENDANTS  [24]** |

    In accordance with and pursuant to this Court's Civil Minutes – General (In Chambers): Order Granting Application for Default Judgment, dated March 3, 2014 (Document 23),

    IT IS HEREBY ORDERED that JUDGMENT is entered in favor of Plaintiff THE GRAY INSURANCE COMPANY, and against Defendants LECTRFY, INC., ROBERT C. ARMIJO, and THE ROBERT C. ARMIJO LIVING TRUST, and ROBERT C. ARMIJO, as TRUSTEE for THE ROBERT C.

1.

1  ARMIJO LIVING TRUST, jointly and severally, in the total amount of
2  **THREE HUNDRED SEVENTY NINE THOUSAND, FIVE HUNDRED**
3  **FIFTY FOUR DOLLARS and 78/100s ($379,554.78)**.
4      This sum is broken down as follows:
5  - Principal expenses:  $353,648.10
6  - Interest:  $25,906.68
7      This Judgment does not include any attorney's fees and costs that may be
8  sought by Plaintiff by a separate motion, pursuant to FRCP 54(d), to be filed
9  within 14-days of the entry of this Judgment.
10     **JUDGMENT IS SO ENTERED.**

12  Dated: March 19, 2014

*[signature: David O. Carter]*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE