*WHEN RECORDED MAIL TO:*
James D. Curran, Esq.
Shashauna Szczechowicz, Esq.
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA  94111
(415) 982-9390 (telephone)
Plaintiff, The Gray Insurance Company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRAY INSURANCE COMPANY <br><br> PLAINTIFF(S), <br> v. <br><br> LECTRFY, INC., a California corporation; ROBERT C. ARMIJO, an individual; THE ROBERT C. ARMIJO LIVING TRUST, a California trust; and ROBERT C. ARMIJO, as Trustee of THE ROBERT C. ARMIJO LIVING TRUST <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 8:13-cv-01411-DOC-AN <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  March 19, 2014
in favor of  The Gray Insurance Company
whose address is  4401 N I-10 Service Road, Suite 200, Metairie, LA 70006
and against  each Defendant on the attached list, jointly and severally
whose last known address is  2931 E. Stone Pine Road, Orange, California  92867
for $ 353,648.10          Principal, $ 25,906.68          Interest, $ 625.80          Costs,
and $ 0.00          Attorney Fees.

ATTESTED this  16th  day of  June , 2014 .
Judgment debtor's driver's license no. and state; _____ (last 4 digits)  [x] Unknown.
Judgment debtor's Social Security number;  2485  (last 4 digits)  [ ] Unknown.
[x] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Lectrfy, Inc., et al.
2931 E. Stone Pine Road
Orange, CA  92867

CLERK, U.S. DISTRICT COURT

By  **LORI WAGERS**
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER
                                                                                        CCD-G18

| PETITIONER/PLAINTIFF: | THE GRAY INSURANCE COMPANY | CASE NUMBER: |
|---|---|---|
| RESPONDENT/DEFENDANT: | LECTRFY, INC., a California corporation | 8:13-cv-01411-DOC-AN |

## ATTACHMENT TO ABSTRACT OF JUDGMENT

LECTRFY, INC., a California corporation;
ROBERT C. ARMIJO, an individual;
THE ROBERT C. ARMIJO LIVING TRUST, a California trust;
and ROBERT C. ARMIJO, as Trustee of THE ROBERT C. ARMIJO LIVING TRUST

Legal Solutions Plus